Form 1.997

## CIVIL COVER SHEET

*Angela D. Reed*

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form is required for the use of the Clerk of Court for the purpose of reporting judicial workload data pursuant to Florida Statute 25.075. (See instructions on the reverse of the form.)

**I.** **CASE STYLE**

(Name of Court) Broward County

Plaintiff Don Dowe

Case #: 09057623

08

Judge:

vs.

Defendant Mastercard Worldwide, Turks&Caicos Islands FSC Usimo, Wachovia Bank, Joseph Issa, cool card Butterfield Bank, M2 Holdings Limited, Jared Martinez, Isaac Martin David Smith, Overseas Locket International Corporation, Market Traders Institute, I-trade FX, LLC, Million Dollars Trust

**II.** **TYPE OF CASE**   (Place an x in one box only.  If the case fits more than one type of case, select the most definitive.)

| Domestic Relations | Torts | Other Civil |
|---|---|---|
| ☐ Simplified dissolution | ☐ Professional Malpractice | ☐ Contract |
| ☐ Dissolution | ☐ Products liability | ☐ Condominium |
| ☐ Support - IV-D | ☐ Auto negligence | ☐ Real property/Mortgage foreclosure |
| ☐ Support - Non IV-D | ☐ Other negligence | |
| ☐ URESA - IV-D | | ☐ Eminent domain |
| ☐ URESA - Non IV-D | | ☒ Other |
| ☐ Domestic violence | | Securities fraud |
| ☐ Other domestic relations | | |

**III.** **Is Jury Trial Demanded in Complaint?**

☒ Yes

☐ No

Date October 22, 2009

SIGNATURE FOR ATTORNEY FOR PARTY INITIATING ACTION

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

CIVIL DIVISION

CASE NO. 09 05 76 23

DON DOWE

     Plaintiff,

vs.

USIMO,
WACHOVIA BANK,
JOSEPH ISSA,
MZ HOLDINGS LIMITED
JARED MARTINEZ, a FLORIDA RESIDENT
ISAAC MARTINEZ, a Florida resident,
DAVID SMITH, a Foreign resident,
OVERSEAS LOCKET INTERNATIONAL CORPORATION,
a Foreign corporation
MARKET TRADERS INSTITUTE INC., a Florida corporation
I-TRADE FX, LLC,
HALLMARK BANK AND TRUST LTD. a Foreign corporation,
MASTERCARD WORLDWIDE, a New York Corporation
COOL CARD, a Jamaican Corporation
TURKS and Caicos Islands FSC
BUTTERFIELD BANK, a Cayman Islands Bank

     Defendants.

_____/

**CIRCUIT CIVIL**

**2009 OCT 22  PM 3: 47**

FILED FOR RECORDS
CLERK OF CIRCUIT COURT
BROWARD COUNTY, FLORIDA

## VERIFIED COMPLAINT

    Plaintiff DON DOWE, file his Complaint against Defendants USIMO, WACHOVIA BANK, JOSEPH ISSA, MZ HOLDINGS LIMITED, JARED MARTINEZ, ISAAC MARTINEZ, DAVID SMITH, OVERSEAS LOCKET INTERNATIONAL CORPORATION, MARKET TRADERS INSTITUTE INC., I-TRADE FX, LLC, HALLMARK BANK AND TRUST LTD., MASTERCARD WORLDWIDE, (collectively referred to as "Defendants") and allege as follows:

## PARTIES, JURISDICTION AND VENUE

1.      Plaintiff Don Dowe is a resident of Broward County, Florida.

2.      Defendant USIMO is a company used by Joey Issa to engage in money laundering together with David Smith.  USIMO was used to collect deposits from OLINT depositors and then was used to launder into Mr. Joseph Issa's personal accounts and/or into Mr. Joseph Issa's Cool Card Corporation.

3.      Defendant WACHOVIA BANK is a banking corporation that was engaged in facilitating David Smith's Ponzi scheme by receiving and forwarding monies by wire.

6.      Defendant Joseph Issa is a Hotelier from Jamaica who is known for his aggressive investment strategies in Jamaica.   Joseph Issa associates himself with criminal thugs in Jamaica who he uses to intimidate and hurt numerous business competitors.  Joseph Issa is a business co-conspirator with David Smith.  Joseph Issa and David Smith actively conspired to steal OLINT's money from the general investment community in the United States and in Jamaica.

7.      Defendant MZ HOLDINGS is a corporation that was used by Joseph Issa as a front to collect OLINT money.

8.      Defendant, JARED MARTINEZ, is a United States citizen and upon information and belief, operates various business entities out of the state of Florida and owns property in Orange, Seminole and Flagler County, Florida.

9.      Defendant ISAAC MARTINEZ is a United States Citizen and upon information and belief, operates various foreign exchange business entities out of the State of Florida and owns property in Seminole County, Florida.

10.     Defendant DAVID SMITH, a Jamaican National is the principal of OLINT

and, based upon information and belief, has significant business contacts with the State of Florida including making and directing several wire transfers to and from the Turks and Caicos Islands (TCI) and the State of Florida.  Joseph Issa is a close friend and collaborator with Smith.

11.    Defendant, OLINT, is a foreign corporation organized under the laws of Jamaica, and operating out of the Turks & Caicos Islands. This phony corporation advertised and signed contracts to state that they engaged in foreign currency trading. Subsequent findings substantiated by the Supreme Court of the TCI ruling, confirm that OLINT is a Ponzi scheme. (Please see Exhibit 1).

12.    Defendant MARKET TRADERS INSTITUTE INC., is a Florida corporation, which received wires from OLINT in U.S. dollars using the Federal wire transfer facility. This phony corporation promotes themselves as being a Forex education institution.

13.    Defendant I-TRADE FX LLC is a Florida corporation which received wire transfers from DAVID SMITH and OLINT. This corporation engages in foreign exchange trading.

14.    Defendant, HALLMARK BANK. AND TRUST LTD. is a foreign corporation, operating out of the Turks & Caicos Islands. This banking institution used the Federal wire transfer facility to transfer funds from OLINT to individuals and corporations without the consent of the Plaintiff.

15.    Defendant, MASTERCARD WORLDWIDE, is a New York corporation, which maintains a wholly owned Florida Limited Liability Corporation and a Florida registered agent based in Broward County, Florida. This corporation has significant business contacts with the State of Florida. This Corporation using its Compass Debit Card payment system was a party to the fraud committed on investors.

3

16.   This is an action seeking damages in excess of $15,000.

17.   This court has jurisdiction over Defendants, I-TRADE FX LLC., MARKET TRADERS INSTITUTE INC., JARED MARTINEZ, ISAAC MARTINEZ, because they own business entities based in Orange County, Florida, as well as real property in Orange County, Florida.  In addition, upon information and belief, they have committed a tort, in whole or in part, or have otherwise transacted business in the State of Florida.

18.   This court has jurisdiction over Defendant JOSEPH ISSA and DAVID SMITH because, upon information and belief, the said Defendant was operating a business of foreign currency trading from Orlando, Florida and said Defendants has committed a tort, in whole or in part or has otherwise transacted business in the State of Florida as described in greater detail  below.

19.   This Court has jurisdiction over Defendants OLINT, HALLMARK BANK AND TRUST LTD., MASTER CARD WORLDWIDE as upon information and belief the said Defendants were transacting a significant volume of business with residents of Florida, sending mail to and receiving mailed applications from Florida.  Debit card products were sent to residents of Florida. Further MASTER CARD WORLDWIDE maintained a location for service of process within Florida.  The said Defendants have committed a tort in whole or in part or have otherwise transacted business in the State of Florida as described in greater detail below.

20.   This Court has jurisdiction over MZ HOLDINGS, USIMO and JOSEPH ISSA as they all do business in the State of Florida. Joseph Issa owns the business of Cool Card Corporation.

21.   This Court has jurisdiction over this action pursuant to Section 22 of the Securities and Exchange Act of 1933 (The Securities Act), Section 27 of the

4

Securities Act of 1934 (Exchange Act) and Section 214 of the Investment Advisors Act of 1940 (Advisors Act).

22.     The Defendants directly or indirectly made use of mail advertisements and instrumentalities of interstate commerce in connection with acts, practices and a course of business as described in the complaint.

23.     Venue is proper in this district as one or more of the individual defendant entities owns business entities whose principal place of business is Orange County and owns real property in Orange County, Florida.

24.     All conditions precedent to the filing of this action have occurred, been performed, been waived or otherwise excused.

## GENERAL ALLEGATIONS

25.     This matter involves a Ponzi scheme promoted to the Jamaican-American community living in the United States and the Jamaican Diaspora living in the Eastern Caribbean.  This scheme was conceived by David Smith and Joseph Issa.

26.     Defendant DAVID SMITH, a self proclaimed religious genius, operated a Ponzi scheme known as the OVERSEAS LOCKET CORPORATION (OLINT). He convinced over one thousand investors that he and agents of OLINT could produce a return of ten percent (10%) per month by participating in foreign currency exchange trading. His sales office was located at 1C Braemar Avenue Kingston 5, Jamaica. David Smith's financial operation was investigated by the Financial Services Commission of Jamaica and after being forced to cease and desist his operations in Jamaica by that governing body he moved his operation to the Turks and Caicos Islands (TCI).

27.     Defendants SMITH, JOSEPH ISSA and OLINT targeted American investors directly or indirectly to invest in the OLINT hedge fund. Based on their aggressive

advertising of the high rate of returns, OLINT raked in over US 1 Billion dollars from investors who were based in the USA, TCI, Jamaica, St. Kitts, Panama, Grenada, the Cayman Islands and Dominica Republic. Smith achieved this by fraudulent advertising on the Internet. The Ponzi scheme was supported by many feeder clubs such as "LewFam" and "Regency".  Defendant Smith used St. Kitts, a Caribbean Island, as an intermediary island to funnel illegal wire transfers from OLINT TCI to the Martinez'.  He also received illegal wire transfers to OLINT St. Kitts through Wachovia Bank. He was able to evade the SEC and the Federal Reserve scrutiny in this manner.

Wachovia Bank was aware of the illegal activity and supported and condoned the money laundering.

28.    David Smith as a result of the large number of investor complaints was arrested and charged with money laundering, fraud and theft by the Royal TCI Police Financial Crimes Unit.

29.    Defendants Jared Martinez and Isaac Martinez are international con artists who have created an empire based on money laundering and foreign exchange (Forex) trading.

30.    They claim to have the educational skills and background to educate individuals in foreign currency trading. Their corporation MARKET TRADERS INSTITUTE INC. (MTI) is used to provide educational materials and resources to clients.

31.    The unsuspecting clients sign on with MTI and then are advised that they require the services of a brokerage company, I-TRADE FX LLC, another corporation owned by the Martinez family.

32.    Defendants JARED MARTINEZ AND ISAAC MARTINEZ are really co-conspirators with David Smith. Their modus operandi is to go to specific third world countries to spread their propaganda and to bilk the investors of their money.

33.    The goal of these con artists is to evade US law enforcement and regulatory guidelines. Currently, the JARED MARTINEZ and ISAAC MARTINEZ are infiltrating into countries such as Panama, using the new corporation name of EFOREX INC.  (**Please see Exhibit 2**)

34.    Defendants JARED MARTINEZ, ISAAC MARTINEZ had contracts in place to receive wire transfers from OLINT through a Florida based corporation known as JIJ Investments. In addition, MTI received a financial kickback from David Smith and OLINT for "teaching" FOREX courses.

35.    The National Futures Association (NFA) a self-regulatory organization for the U.S. futures industry whose function is to enact rules, programs and services that safeguard market integrity and to protect investors, learned that David Smith transferred the amount of US$100 million dollars from OLINT using Hallmark Bank and Trust Ltd. to a Florida based corporation known as JIJ INVESTMENTS INC., a corporation under the control of ISAAC MARTINEZ.

This transfer of OLINT investors funds, including those of the Plaintiff was done without permission, as is clearly required per the legal contract between OLINT and its investors.  (**Please see Exhibit 3**).

In response to the above, the Federal Bureau of Investigation and the Internal Revenue Service have commenced an investigation into the OLINT Ponzi scheme and it co-conspirators.  Federal investigators are examining the records of the Martinez' and have interviewed Chester Stewart of Regency.   Federal investigations have also focused on the role of USIMO and Joseph Issa.

36.    Upon information and belief, OLINT and SMITH sent multiple wire transfers to the United States through Defendant Wachovia Bank to Defendant ISSAC MARTINEZ and JIJ INVESTMENTS in order to evade the Jamaican and Turks & Caicos authorities

who were investigating OLINT and SMITH'S business practices. (**Please see Exhibit 10**). Smith had depositors give money to USIMO to hide his racketeering activity from U.S. and Jamaican regulators. Joseph Issa co-conspired with his subterfuge.

37.     Upon information and belief, JARED MARTINEZ operated his own FOREX trading business out of Orange County, Florida by such names as MARKET TRADERS INSTITUTE and PROFESSIONAL FOREX ASSOCIATION, INC.  Also upon information and belief, multiple wire transfers totaling roughly $100 million from OLINT and/or SMITH to MARTINEZ.  (See *NFA Complaint*, **Exhibit #4, Paragraph 18**).

38.     Upon information and belief, MARTINEZ used the funds transferred to him from OLINT and/or SMITH to invest through JIJ INVESTMENTS in several parcels of real property and business entities in and around Orange County, Florida. Defendants JARED MARTINEZ and ISAAC MARTINEZ used the funds to purchase exotic motor vehicles, name brand Breitling watches, expensive ornamental furniture and lavish 6-star cruise to Italy for his entire family in 2007.

39.     Plaintiff never authorized the transfer of his funds from his OLINT account to any other person or business entity. The money wire transfer to JARED MARTINEZ and ISSAC MARTINEZ was done without knowledge or permission from Plaintiff.

40.     All the Defendants have refused several repeated requests to return the Plaintiff's money.  Instead Defendants live a lavish lifestyle. Defendant DAVID SMITH has refused to return any money to the Plaintiff. (**See Exhibit 1**, *Agreement for Sale involving Defendant DAVID SMITH*).  Defendant JOSEPH ISSA does not return telephone calls.

Defendant JARED MARTINEZ has refused to return the money to the Plaintiff. (See Exhibit 4).

Defendant ISSAC MARTINEZ has refused to return the money to the Plaintiff. (See

Exhibit 5).

Defendant I-TRADE FX, LLC has refused to return the money to the Plaintiff. (See Exhibit 6).

41.     Upon information and belief, OLINT's DAVID SMITH and TRACEY ANN SMITH, have fled Jamaica, avoided the Jamaican authorities and have absconded with the Plaintiff's funds and deposited and/or invested them into several entities, including those owned or controlled by Defendants JARED, AND ISAAC MARTINEZ, with the intent to hinder, delay, or defraud the Plaintiff in his efforts to recover his funds. USIMO's principals have refused any responsibility for their interest in the Olint matter, and have refused to repay the plaintiff his principal. USIMO   banked with Butterfield Bank. Defendant Butterfield Bank was aware of the illegality of the USIMO deposits and laundered these deposits.

42.     By this action, Plaintiff DOWE is seeking to recover the principal and profit of his account with USIMO and OLINT.  According to the terms of the Agreement, OLINT was to use Plaintiff's funds for foreign currency exchange trading. However, due to Defendant JARED MARTINEZ's, DAVID SMITH's and JOSEPH ISSA's fraudulent misconduct, the Plaintiff has lost access to his funds and/or have completely lost his funds, and as a result the apparent conspiratorial misconduct of JARED MARTINEZ, ISSAC MARTINEZ and DAVID SMITH have suffered substantial damages.

43.     The Plaintiff is also seeking damages for OLINT breach of the Agreement by failing to honor requests made by the Plaintiff for the withdrawal of his funds, depriving Plaintiff of his property for an indefinite period of time, which resulted in OLINT and its principals (including Defendants JOSEPH ISSA, DAVID SMITH, JARED MARTINEZ and ISAAC MARTINEZ) being unjustly enriched.

44.     The Plaintiff has had to hire the undersigned attorney, as well as counsel in

Jamaica and England in an attempt to recover their funds and have had to pay attorney's fees for same.

45.     The Plaintiff has suffered losses of approximately $20 million United States dollars due to the misconduct of the Defendants.


## FIRST CLAIM
## VIOLATION OF SECTION 5(a) and 5(c) OF THE SECURITES ACT

46.     Defendants :

      USIMO
      WACHOVIA BANK
      JOSEPH ISSA
      MZ HOLDINGS LTD.
      JARED MARTINEZ
      ISAAC MARTINEZ
      DAVID SMITH
      OLINT
      MARKET TRADERS INSTITUTE INC
      I-TRADE FX LLC
      HALLMARK BANK AND TRUST LTD.
      MASTERCARD WORLDWIDE
      TURKS AND CAICOS FSC
      BUTTERFIELD BANK

a) Making use of the means and instruments of transportation and communication in interstate commerce and of the mails to sell securities, through the use of written contracts, offering documents and otherwise; (b) carrying and causing to be carried through the mails and in interstate commerce by the means and instruments of transportation, such securities for the purpose of sale and for delivery after sale; and (c) making use of the means or instruments of transportation and communication in interstate commerce and of the mails to offer to sell such securities.

47.     As described in paragraphs - Defendants DAVID SMITH and OLINT's securities were offered and sold to the public through a general solicitation of investors. No

registration statements were ever filed with the Commission or otherwise in effect with respect to these transactions.

48.     By reason of the foregoing, Defendants violated and, unless enjoined, will continue to violate Sections 5(a) and 5(c) of the Securities Act (15 U.S.C. 77 e(a) and e(c) ).

## SECOND CLAIM
## Violations of Section 17(a) of the Securities Act

49.     Defendants, directly or indirectly, singly, in concert with HALLMARK BANK AND TRUST, in the offer and sale of securities, by use of the means and instruments of transportation and communication in interstate commerce and by use of the mails, have: (a) employed devices, schemes or artifices to defraud; (b) obtained money or property by means of untrue statements of material fact or omissions to state material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; and (c) engaged in transactions, practices or courses of business which operate or would operate as a fraud or deceit.

50.     As part of and in furtherance of this scheme, Defendants, directly and indirectly, prepared, disseminated or used contract, written offering documents ,promotional materials, investor and other correspondence, and oral presentations, which contained untrue statements of material fact and which omitted to state material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading, including , but not limited to, those statements and omissions set forth in previous paragraphs.

51.     Defendants made the above-referenced misrepresentations and omissions knowingly or with sever recklessness with regard for the truth. Defendants were also

negligent in their actions regarding the representations and omissions alleged herein.

52.   By reason of the foregoing, Defendants violated, and unless enjoined, will continue to violate Section 17(a) of the Securities Act (15 U.S.C. 7q(a) )


### THIRD CLAIM
### Violation of Section 10(b) of the Exchange Act and Rule 10b-5 thereunder

53.   Defendants, directly or indirectly, singly or in concert with others, in connection with the purchase and sale of securities, by use of the means and instrumentalities of interstate commerce and by use of the mails have: (a) employed devices, schemes and artifices to defraud; (b) made untrue statements of material facts and omitted to state material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading ; and (c) engaged in acts, practices and courses of business which operate as a fraud and deceit upon purchasers, prospective purchasers and other persons.

54.   As a part of and in furtherance of their scheme, Defendants, directly and indirectly, prepared, disseminated or used contracts, written offering documents, promotional materials, investor and other correspondence, and oral presentations, which contained untrue statements of material facts and misrepresentations of material facts, and which omitted to state material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading , including , but not limited to ,those set forth in Paragraphs – above.

55.   Defendants made the above-referenced misrepresentations and omissions knowingly or with severe recklessness regarding the truth.

56.   By reason of the foregoing, Defendants violated and, unless enjoined, will

continue to violate the provisions of Section 10(b) of the Exchange Act (15 U.S.C. 78j(b) ) and Rule 10b-5 thereunder (17 C.F.R. 240.19b-5).

## FOURTH CLAIM
### Violation of Sections 206 (1) and 206(2) of the Investment Advisers Act

57.   Defendants JOSEPH ISSA, DAVID SMITH, JARED MARTINEZ and ISAAC MARTINEZ, as investment advisers, used the mails and means or instrumentalities of interstate commerce, directly and indirectly: 1) to employ devices, schemes or artifices to defraud clients or prospective clients; or 2) to engage in transactions, practices and courses of business which operated as a fraud or deceit upon clients and prospective clients.

58.   By reason of the foregoing, Defendants JOSEPH ISSA, DAVID SMITH, JARED MARTINEZ and ISAAC MARTINEZ, violated and, unless enjoined, will continue to violate the provisions of Sections 206(1) and 206(2) of the Investment Advisers Act (15 U.S.C. 80b-6 (1),(2) .

## FIFTH CLAIM
### Violation of Sections 206 (4) of the Investment Advisers Act and Rule 206(4)- 8 thereunder

59.   Defendants JOSEPH ISSA, DAVID SMITH, JARED MARTINEZ, ISAAC MARTINEZ, as investment advisers, 1) engaged in acts, practices, or courses of business which were fraudulent, deceptive or manipulative; and 2) as advisers to a pooled investment vehicle:

a) made untrue statements of a material fact or omitted to state a material facts necessary to make statements made, in light of the circumstances under which they

13

were made, not misleading to investors or prospective investors in the pooled investment vehicle; and/or b) otherwise engaged in acts, practices and courses of business that were fraudulent, deceptive, or manipulative with respect to investors or prospective investors of the pooled investment vehicle.

60.    By reasons of the foregoing, Defendants JOSEPH ISSA, DAVID SMITH, JARED MARTINEZ and ISAAC MARTINEZ   violated and, unless enjoined, will continue to violate the provisions of Section 206(4) of the Investment Advisers Act ( 15 U.S.C. 80b-6(4) ) and Rule 206(4)-8 thereunder (17 C.F.R. 275.206(4)-8)


### SIXTH CLAIM
### Claims Against Relief Defendants as Custodian of Investor Funds

61.    Relief Defendants JOSEPH ISSA, DAVID SMITH, JARED MARTINEZ, ISAAC MARTINEZ, I-TRADE FX LLC, MARKET TRADERS INSTITUTE INC., HALLMARK BANK ,AND TRUST LTD. and MASTERCARD WORLDWIDE, received funds and property from one or more of the Defendants, which are the proceeds, or are traceable to the proceeds, of the unlawful activities of Defendants, as alleged in paragraphs 1 through 52 above.

62.    Relief Defendants obtained the funds and property alleged above as part of and in furtherance of the securities violations alleged in paragraphs 1 through 53 and under circumstances in which it is not just, equitable or conscionable for them to retain the funds and property.   Defendant Joseph Issa placed Plaintiff's money in Cool Card Corporation.   He did this with pre-meditation and intent to steal. As a consequence, Relief Defendants were unjustly enriched.


### DAMAGES

63.    Plaintiff's claim for damages on the basis of Defendants JOSEPH ISSA, DAVID SMITH, JARED MARTINEZ, ISAAC MARTINEZ, OLINT, I TRADE FX LLC, MARKET TRADERS INSTITUTE INC., HALLMARK BANK AND TRUST LTD. and MASTERCARD WORLDWIDE violation of Section 5(a) and 5(c) of the Securities Act of 1933.

64.    Defendants OLINT and DAVID SMITH with the help of JARED MARTINEZ, ISAAC MARTINEZ, HALLMARK BANK AND TRUST LTD., and MASTERCARD WORLDWIDE directly or indirectly have been offering to sell, selling and delivering after sale certain securities. Turks and Caicos FSC have illegally promoted the sale of these securities in the United States.

These actions have resulted in financial damages being incurred by the PLAINTIFF.


## RELIEF REQUESTED

65.    An order of the Court permanently enjoining the Defendants JOSEPH ISSA, DAVID SMITH, JARED MARTINEZ, ISAAC MARTINEZ, OLINT, I TRADE FX LLC, MARKET TRADERS INSTITUTE INC., HALLMARK BANK AND TRUST LTD., and MASTERCARD WORLDWIDE as appropriate, their agents, servants, employees, attorneys and all persona in active concert or participation with them who receive actual notice of the injunction by personal service or otherwise, and each of them, from future violations of Section 5(a),5(c) and 17(a) of the Securities Act, (15 U.S.C. 7e (a), 77e(c) and 77q(a), Section 10(b) the Exchange Act, (15 U.S.C. 78j(b)), and of Rule 10b-5 (17 C.F.R. 240.10b-5) thereunder and Sections 206(1),(2) and (4) of the Advisers Act and Rule 206(4)-8 thereunder.

66.    An order of the Court appointing a receiver to take control of all assets of the Defendants JOSEPH ISSA, DAVID SMITH, JARED MARTINEZ, ISAAC MARTINEZ,

OLINT, I TRADE FX LLC, MARKET TRADERS INSTITUTE INC., and the Relief Defendants, to marshal and preserve assets for the benefits of investors.

67. An order of the Court directing Defendants to disgorge an amount equal to the funds and benefits obtained illegally as a result of the violations alleged, plus prejudgment interest on that amount.

68. An order of the Court directing Defendants, as appropriate, to pay civil monetary ,penalties in an amount determined as appropriate by the Court pursuant to Section 20(d) of the Securities Act (15 U.S.C. t(d) ), Section 21(d) of the Exchange Act (15 U.S.C. 8u(d) ) and Section 209(e)(2) of the Investment Advisers Act (15 U.S.C. 80b-9) for their violations of the Federal securities laws as alleged herein.

69. An order of the Court directing Relief Defendants to disgorge an amount equal to the funds and benefits obtained, plus prejudgment interest, as a result of the Defendants' violations alleged herein.

70. All further relief as the Court may deem just and proper.

### DEMAND FOR JURY TRIAL

Plaintiff demands trial by jury of all claims triable.

Respectfully submitted,

David P. Rowe, Esq.
Florida Bar No.: 373575
Law offices of David P. Rowe
110 E. Broward Blvd., Suite 1700
Fort Lauderdale, FL 33301
(305) 731-0019

_____
Don Dowe

# *OLINT DEPOSITS*

Total deposits for period beginning September, 16th 2006 and ending May, 30th 2008:

| | | |
|---|---|---|
| Account Number: | 11011061 | $159,475.00 |
| Account Number: | 11015218 | $740,000.00 |
| Account Number: | 11015508 | $121,650.00 |
| | Total Deposits: | **$1,021,125.89** |

Total Principal and Interest for period beginning September, 16th 2006 and ending May, 30th 2008:

**$2,083,724.41**

### Rex Dowe

**Deposits with receipts:**

| | | |
|---|---|---|
| 9/18/06 | Wire to Hallmark Bank and Trust | $3,990.00 |
| 12/2/06 | Wire to Hallmark Bank and Trust | $4,500.00 |
| 2/15/06 | Wire to Hallmark Bank and Trust | $4,000.00 |
| 7/27/07 | Check payable to USIMO | $44,000.00 |

### Don Dowe

**Deposits with receipts:**

| | | |
|---|---|---|
| 9/9/07 | Check payable to USIMO | $1,000.00 |
| 9/9/07 | Check payable to USIMO | $99,000.00 |
| 9/21/07 | Check payable to USIMO | $50,000.00 |
| 9/21/07 | Check payable to USIMO | $50,000.00 |
| 10/15/07 | Check payable to USIMO | $100,000.00 |
| 10/15/07 | Check payable to USIMO | $125,000.00 |
| 10/15/07 | Check payable to USIMO | $40,000.00 |
| 10/19/07 | Check payable to USIMO | $25,000.00 |
| 11/25/07 | Check payable to USIMO | $250,000.00 |
| 12/20/07 | Check payable to USIMO | $100,000.00 |
| | **Total deposits with receipts** | **$896,490.00** |

**Rex Dowe**  *Deposits with checks payable to USIMO:*

7/27/07        Check payable to USIMO            $44,000.00


**Don Dowe**  *Deposits with checks payable  to USIMO:*

9/9/07         Check payable to USIMO            $1,000.00

9/9/07         Check payable to USIMO            $99,000.00

9/21/07        Check payable to USIMO            $50,000.00

9/21/07        Check payable to USIMO            $50,000.00

10/15/07       Check payable to USIMO            $100,000.00

10/15/07       Check payable to USIMO            $125,000.00

10/15/07       Check payable to USIMO            $40,000.00

10/19/07       Check payable to USIMO            $25,000.00

11/25/07       Check payable to USIMO            $250,000.00

12/20/07       Check payable to USIMO            $100,000.00

**Total deposits with checks payable to USIMO**        **$884,000.00**



**OLINTTCI**

one team, one goal ... SUCCESS

876-9784352, Fax: 876-927-9175

## PRIVATE CLUB MEMBER STATEMENT

| | |
|---|---|
| Holder(s): | REX DOWE |
| Account Number: | 11011061 |
| Reporting Period: | May 2008 |
| Plan: | B |

| | |
|---|---|
| Margins Brought Forward | US$1,747,290.24 |
| Additional Margin Only | |
| **Total Contributions** | **US$1,747,290.24** |
| Less Current Encashments | |
| **Total Encashments** | **US$0.00** |
| Current Adjustments | US$0.00 |
| **Total Adjustments** | **US$0.00** |
| Plus Current Gains | US$95,052.59 |
| **Total Gains** | **US$95,052.59** |
| ...entage for period of May 2008 | 5.44% |
| ...urrent Position as of May 2008 | US$1,842,342.83 |

...onetary figures on this statement are presented in US dollars
...questions, please do not hesitate to contact us.



one team, one goal ... SUCCESS

/o 876-9784352, Fax: 876-927-9175

| Account #: | 11011061 |
|---|---|
| Reporting Period: | Dec. 01, 2005 – Jul. 14, 2008 |

### Summary

| | |
|---|---|
| Opening Balance: | US$0.00 |
| Total Margins: | US$1,902,342.83 |
| Total Encashments: | -US$60,000.00 |
| Total Gains: | US$0.00 |
| Closing Balance: | US$1,842,342.83 |

| Transaction # | Date | Time | Description | Amount | Running Balance |
|---|---|---|---|---|---|
| 888496 | Jul. 30, 2006 | 8:00 PM | Gains On Account | US$0.00 | US$0.00 |
| 892336 | Aug. 30, 2006 | 8:00 PM | Gains On Account | US$0.00 | US$0.00 |
| 50346 | Sep. 04, 2006 | 8:00 PM | Customer Deposits | US$.01 | US$.01 |
| 43528 | Sep. 16, 2006 | 8:00 PM | Customer Deposits | US$3,985.00 | US$3,985.01 |
| 897000 | Sep. 29, 2006 | 8:00 PM | Gains On Account | US$190.06 | US$4,175.07 |
| 902427 | Oct. 30, 2006 | 8:00 PM | Gains On Account | US$461.35 | US$4,636.41 |
| 908117 | Nov. 29, 2006 | 7:00 PM | Gains On Account | US$527.16 | US$5,163.57 |
| 054988 | Dec. 02, 2006 | 9:58 AM | Customer Deposits | US$4,495.00 | US$9,658.57 |
| 913926 | Dec. 30, 2006 | 7:00 PM | Gains On Account | US$416.69 | US$10,075.27 |
| 919951 | Jan. 30, 2007 | 7:00 PM | Gains On Account | US$1,494.15 | US$11,569.43 |
| 244197 | Feb. 15, 2007 | 7:22 AM | Customer Deposits | US$3,995.00 | US$15,564.43 |
| 926198 | Feb. 27, 2007 | 7:00 PM | Gains On Account | US$1,188.46 | US$16,752.89 |
| 932663 | Mar. 30, 2007 | 8:00 PM | Gains On Account | US$1,692.04 | US$18,444.94 |
| 939344 | Apr. 29, 2007 | 8:00 PM | Gains On Account | US$2,187.57 | US$20,632.51 |
| 946118 | May. 30, 2007 | 8:00 PM | Gains On Account | US$2,626.52 | US$23,259.02 |
| 953181 | Jun. 29, 2007 | 8:00 PM | Gains On Account | US$2,079.36 | US$25,338.38 |
| 974827 | Jul. 27, 2007 | 9:33 AM | Customer Deposits | US$44,000.00 | US$69,338.38 |
| 960618 | Jul. 30, 2007 | 8:00 PM | Gains On Account | US$3,908.44 | US$73,246.82 |
| 968343 | Aug. 30, 2007 | 8:00 PM | Gains On Account | US$8,115.75 | US$81,362.56 |
| 0062251 | Sep. 10, 2007 | 1:24 PM | Customer Encashments | -US$5,000.00 | US$76,362.56 |
| 4976359 | Sep. 29, 2007 | 8:00 PM | Gains On Account | US$10,309.00 | US$86,671.57 |
| 0202534 | Oct. 17, 2007 | 8:50 AM | Customer Deposits | US$3,000.00 | US$89,671.57 |
| 4023045 | Oct. 17, 2007 | 1:02 PM | Customer Encashments | -US$5,000.00 | US$84,671.57 |
| 4984703 | Oct. 30, 2007 | 8:00 PM | Gains On Account | US$9,284.21 | US$93,955.78 |
| 4993331 | Nov. 29, 2007 | 7:00 PM | Gains On Account | US$6,774.21 | US$100,729.99 |
| 4069439 | Dec. 03, 2007 | 7:00 PM | Internal Transfer | US$700,000.00 | US$800,729.99 |

| | Date | | Description | | Running Balance |
|---|---|---|---|---|---|
| 72321 | Dec. 18, 2007 | 9:00 AM | Customer Encashments | -US$10,000.00 | US$790,729.99 |
| 71261 | Dec. 20, 2007 | 11:43 AM | Customer Deposits | US$100,000.00 | US$890,729.99 |
| 02057 | Dec. 30, 2007 | 7:00 PM | Gains On Account | US$83,162.49 | US$973,892.47 |
| 07449 | Jan. 06, 2008 | 7:00 PM | Internal Transfer | US$125,000.00 | US$1,098,892.47 |
| 10924 | Jan. 30, 2008 | 7:00 PM | Gains On Account | US$155,508.93 | US$1,254,401.41 |
| 23462 | Feb. 18, 2008 | 6:27 AM | Customer Encashments | US$20,000.00 | US$1,234,401.41 |
| 23667 | Feb. 20, 2008 | 8:18 AM | Customer Encashments | -US$20,000.00 | US$1,214,401.41 |
| 19895 | Feb. 28, 2008 | 7:00 PM | Gains On Account | US$122,187.98 | US$1,336,589.39 |
| 01608 | Mar. 26, 2008 | 8:36 PM | Internal Transfer | US$23,000.00 | US$1,359,589.39 |
| 28918 | Mar. 30, 2008 | 8:00 PM | Gains On Account | US$271,410.56 | US$1,630,999.95 |
| 37985 | Apr. 29, 2008 | 8:00 PM | Gains On Account | US$116,290.30 | US$1,747,290.24 |
| 47080 | May. 30, 2008 | 8:00 PM | Gains On Account | US$95,050.59 | US$1,842,342.83 |



one team, one goal ...: SUCCESS

876-9784352, Fax: 876-927-9175

## PRIVATE CLUB MEMBER STATEMENT

| | |
|---|---|
| Holder(s): | REX DOWE |
| Account Number: | 11015218 |
| Reporting Period: | May 2008 |
| Plan: | A |

| | |
|---|---|
| Margins Brought Forward | US$223,378.87 |
| Additional Margin On | |
| **Total Contributions** | **US$223,378.87** |
| Less Current Encashments | |
| Total Encashments | US$0.00 |
| Current Adjustments | US$0.00 |
| Total Adjustments | US$0.00 |
| Plus Current Gains | US$12,151.81 |
| Total Gains | US$12,151.81 |
| ...entage for period of May 2008 | 5.44% |
| ...rrent Position as of May 2008 | US$235,530.68 |

...onetary figures on this statement are presented in US dollars
...uestions, please do not hesitate to contact us.



**OLINTTCI**

one team, one goal ... SUCCESS

o 876-9784352, Fax: 876-927-9175

| | |
|---|---|
| Account #: | 11015218 |
| Reporting Period: | Dec. 01, 2005 - Jul. 14, 2008 |

## Summary

| | |
|---|---|
| Opening Balance: | US$0.00 |
| Total Margins: | US$938,030.70 |
| Total Encashments: | -US$702,500.02 |
| Total Gains: | US$0.00 |
| Closing Balance: | US$235,530.68 |

| Transaction # | Date | Time | Description | Amount | Running Balance |
|---|---|---|---|---|---|
| 004586 | Sep. 09, 2007 | 11:39 AM | Customer Deposits | US$1,000.00 | US$1,000.00 |
| 004587 | Sep. 09, 2007 | 11:40 AM | Customer Deposits | US$99,000.00 | US$100,000.00 |
| 007389 | Sep. 21, 2007 | 8:26 AM | Customer Deposits | US$50,000.00 | US$150,000.00 |
| 007390 | Sep. 21, 2007 | 8:27 AM | Customer Deposits | US$50,000.00 | US$200,000.00 |
| 074912 | Sep. 29, 2007 | 8:00 PM | Gains On Account | US$14,122.67 | US$214,122.67 |
| 021669 | Oct. 15, 2007 | 9:40 AM | Customer Deposits | US$100,000.00 | US$314,122.67 |
| 021670 | Oct. 15, 2007 | 9:41 AM | Customer Deposits | US$125,000.00 | US$439,122.67 |
| 021671 | Oct. 15, 2007 | 10:01 AM | Customer Deposits | US$40,000.00 | US$479,122.67 |
| 021838 | Oct. 19, 2007 | 9:27 AM | Customer Deposits | US$25,000.00 | US$504,122.67 |
| 083256 | Oct. 30, 2007 | 8:00 PM | Gains On Account | US$39,804.37 | US$543,927.04 |
| 048047 | Nov. 25, 2007 | 10:44 AM | Customer Deposits | US$250,000.00 | US$793,927.04 |
| 091745 | Nov. 29, 2007 | 7:00 PM | Gains On Account | US$42,822.14 | US$836,749.18 |
| 760116 | Dec. 01, 2007 | 6:34 AM | Customer Encashments | -US$833.34 | US$835,915.84 |
| 069439 | Dec. 03, 2007 | 7:00 PM | Internal Transfer | -US$700,000.00 | US$135,915.84 |
| 000399 | Dec. 30, 2007 | 7:00 PM | Gains On Account | US$18,268.10 | US$154,183.94 |
| 760117 | Jan. 01, 2008 | 6:34 AM | Customer Encashments | -US$833.34 | US$153,350.60 |
| 009167 | Jan. 30, 2008 | 7:00 PM | Gains On Account | US$17,543.31 | US$170,893.91 |
| 760118 | Feb. 01, 2008 | 6:34 AM | Customer Encashments | -US$833.34 | US$170,060.57 |
| 018138 | Feb. 28, 2008 | 7:00 PM | Gains On Account | US$12,873.59 | US$182,934.16 |
| 027161 | Mar. 30, 2008 | 8:00 PM | Gains On Account | US$29,342.63 | US$212,276.79 |
| 036208 | Apr. 29, 2008 | 8:00 PM | Gains On Account | US$11,102.08 | US$223,378.87 |
| 045286 | May. 30, 2008 | 8:00 PM | Gains On Account | US$12,151.81 | US$235,530.68 |



| | | | | Account #: | 11015218 |
| | | | | Reporting Period: | Dec. 01, 2005 - Jul. 14, 2008 |

### Summary

| | |
|---|---|
| Opening Balance: | US$0.00 |
| Total Margins: | US$938,030.70 |
| Total Encashments: | -US$702,500.02 |
| Total Gains: | US$0.00 |
| Closing Balance: | US$235,530.68 |

c/o 876-9784352, Fax: 876-927-9175

| Transaction ID | Date | Time | Description | Amount | Running Balance |
|---|---|---|---|---|---|
| 004586 | Sep. 09, 2007 | 11:39 AM | Customer Deposits | US$1,000.00 | US$1,000.00 |
| 004587 | Sep. 09, 2007 | 11:40 AM | Customer Deposits | US$99,000.00 | US$100,000.00 |
| 007389 | Sep. 21, 2007 | 8:26 AM | Customer Deposits | US$50,000.00 | US$150,000.00 |
| 007390 | Sep. 21, 2007 | 8:27 AM | Customer Deposits | US$50,000.00 | US$200,000.00 |
| 974912 | Sep. 29, 2007 | 8:00 PM | Gains On Account | US$14,122.67 | US$214,122.67 |
| 021669 | Oct. 15, 2007 | 9:40 AM | Customer Deposits | US$100,000.00 | US$314,122.67 |
| 021670 | Oct. 15, 2007 | 9:41 AM | Customer Deposits | US$125,000.00 | US$439,122.67 |
| 021671 | Oct. 15, 2007 | 10:01 AM | Customer Deposits | US$40,000.00 | US$479,122.67 |
| 021838 | Oct. 19, 2007 | 9:27 AM | Customer Deposits | US$25,000.00 | US$504,122.67 |
| 983256 | Oct. 30, 2007 | 8:00 PM | Gains On Account | US$39,804.37 | US$543,927.04 |
| 048047 | Nov. 25, 2007 | 10:44 AM | Customer Deposits | US$250,000.00 | US$793,927.04 |
| 991745 | Nov. 29, 2007 | 7:00 PM | Gains On Account | US$42,822.14 | US$836,749.18 |
| 760116 | Dec. 01, 2007 | 6:34 AM | Customer Encashments | -US$833.34 | US$835,915.84 |
| 069439 | Dec. 03, 2007 | 7:00 PM | Internal Transfer | -US$700,000.00 | US$135,915.84 |
| 000399 | Dec. 30, 2007 | 7:00 PM | Gains On Account | US$18,268.10 | US$154,183.94 |
| 760117 | Jan. 01, 2008 | 6:34 AM | Customer Encashments | -US$833.34 | US$153,350.60 |
| 009167 | Jan. 30, 2008 | 7:00 PM | Gains On Account | US$17,543.31 | US$170,893.91 |
| 760118 | Feb. 01, 2008 | 6:34 AM | Customer Encashments | -US$833.34 | US$170,060.57 |
| 018138 | Feb. 28, 2008 | 7:00 PM | Gains On Account | US$12,873.59 | US$182,934.16 |
| 027161 | Mar. 30, 2008 | 8:00 PM | Gains On Account | US$29,342.64 | US$212,276.79 |
| 036208 | Apr. 29, 2008 | 8:00 PM | Gains On Account | US$11,102.08 | US$223,378.87 |
| 045288 | May 30, 2008 | 8:00 PM | Gains On Account | US$12,151.81 | US$235,530.68 |



one team, one goal ... SUCCESS

c/o 876-9784352, Fax: 876-927-9175

## PRIVATE CLUB MEMBER STATEMENT

| | |
|---|---|
| Holder(s): | REX DOWE |
| Account Number: | 11015508 |
| Reporting Period: | May 2008 |
| Plan: | A |

| | |
|---|---|
| Margins Brought Forward | US$5,549.03 |
| Additional Margin On | |
| **Total Contributions** | US$5,549.03 |
| Less Current Encashments | |
| **Total Encashments** | US$0.00 |
| Current Adjustments | US$0.00 |
| **Total Adjustments** | US$0.00 |
| Plus Current Gains | US$301.87 |
| **Total Gains** | US$301.87 |
| centage for period of May 2008 | 5.44% |
| Current Position as of May 2008 | US$5,850.90 |

nonetary figures on this statement are presented in US dollars
questions, please do not hesitate to contact us.



one team, one goal ... SUCCESS

c/o 876-9784352, Fax: 876-927-9175

| Account #: | 11015508 |
| --- | --- |
| Reporting Period: | May. 01, 2007 - Jul. 23, 2008 |

### Summary

| | |
| --- | --- |
| Opening Balance: | US$0.00 |
| Total Margins: | US$153,850.90 |
| Total Encashments: | -US$148,000.00 |
| Total Gains: | US$0.00 |
| Closing Balance: | US$5,850.90 |

| Transaction | Date | Time | Description | Amount | Running Balance |
| --- | --- | --- | --- | --- | --- |
| 4020234 | Oct. 11, 2007 | 8:57 AM | Customer Deposits | US$50,000.00 | US$50,000.00 |
| 4982712 | Oct. 30, 2007 | 8:00 PM | Gains On Account | US$3,644.52 | US$53,644.52 |
| 4044664 | Nov. 11, 2007 | 10:58 AM | Customer Deposits | US$15,000.00 | US$68,644.52 |
| 4046032 | Nov. 16, 2007 | 9:16 AM | Customer Deposits | US$15,000.00 | US$83,644.52 |
| 4046446 | Nov. 17, 2007 | 8:31 AM | Customer Deposits | US$20,825.44 | US$104,469.96 |
| 4047824 | Nov. 24, 2007 | 12:03 PM | Customer Deposits | US$20,825.45 | US$125,295.41 |
| 4991203 | Nov. 29, 2007 | 7:00 PM | Gains On Account | US$6,180.58 | US$131,475.99 |
| 4999857 | Dec. 30, 2007 | 7:00 PM | Gains On Account | US$11,793.40 | US$143,269.38 |
| 4107449 | Jan. 06, 2008 | 7:00 PM | Internal Transfer | -US$125,000.00 | US$18,269.38 |
| 5008609 | Jan. 30, 2008 | 7:00 PM | Gains On Account | US$4,857.76 | US$23,127.14 |
| 5017494 | Feb. 28, 2008 | 7:00 PM | Gains On Account | US$1,750.72 | US$24,877.87 |
| 5601606 | Mar. 26, 2008 | 8:56 PM | Internal Transfer | -US$23,000.00 | US$1,877.87 |
| 5026490 | Mar. 30, 2008 | 8:00 PM | Gains On Account | US$3,395.38 | US$5,273.24 |
| 5055536 | Apr. 29, 2008 | 8:00 PM | Gains On Account | US$275.79 | US$5,549.03 |
| 5044616 | May. 30, 2008 | 8:00 PM | Gains On Account | US$301.87 | US$5,850.90 |

I, Dr. Alex Xavier Dowe _____ declare that I have approached Overseas Locket of my own volition and have requested it to trade in the international currency market on my behalf AND FURTHER DECLARE THAT Overseas Locket International has not solicited any funds on my behalf.

I was referred by ......... ANThony .... Dowell ...............

Signed By: .........................................

Witness: .........................................

Date: ......... 9/6/06 ...............................

CAPITAL AND CREDIT SECURITES LTD.

## PAYMENT DETAIL REPORT (Single Page)

PAGE 3

3/2006
3:48 PM

International FT (100)

ATUS: PndAppr-1
TE ID: FGUA
IT ID: 1
ONTROL #: 6625600008
OMMS SEQ #:
PETITIVE NAME:

ESSAGE SOURCE: KeyUsr
PORT USER:
NTRY USER: SAHAUGHTON 9/13/2006 16:53:12.00
PPROVAL INVOLVEMENT:
EJ TE USER:
RA SMIT USER:

rimary User Defined Field:

ebit Account / Currency              Release Date: 9/13/2006
901450475 / USD                      Value Date: 9/13/2006
APITAL AND CREDIT SECURITES LTD:     S. Ref / Ind.ID:
8 TRAFALGAR ROAD
INGSTON, 10 JAMAICA                  Currency: USD US Dollar
                                     Beneficiary
mount: 3,990.00                      DD I291316
riginator                            HALLMARK TRUST LIMITED
APITAL AND CREDIT SECURITES LTD.
8 TRAFALGAR ROAD
INGSTON, 10 JAMAICA
                                     Intermediary Bank
                                     FW 026005092
Ben iary's Bank                      WACHOVIA NEW YORK
SA  CIBTCGP
IRST CARIBBEAN INTERNATIONAL BANK
PROVIDENCIALES
TURKS AND CAICOS ISLANDS             Receiver Info

Beneficiary Info
REFERENCE DR R X DOWE AC11011061
Originator's Bank                    CBR Info
                                     Cover At
Charges To:
Comment:
Customer Debit:
Customer Rate:
Text:

Richards Goodin

VALUE: NOV 29

PGUA007953061129
/REF-2006112900247577
/ENTRY-29 NOV   SENT-16:09
PYFW  FED WIRE PAYMENT SEQ-NBR 20061129B6B7HU3R004275
IBK-WACHOVIA NY INTL NEW YORK, NEW YORK
BBK-FIRSTCARIBBEAN INTERNATIONAL BANK ( BAHAMAS) LIMITED,
TURKS AND CAICOS LEEWARD HIGHWAY PROVIDENCIALES,TC
BNF-AC-1291316 HALLMARK TRUST LIMITED
ORG-CAPITAL AND CREDIT SECURITIES LTD. KINGSTON, 10 JAMAICA

VALUE: NOV 29

PGUA007952061129
/REF-2006112900247548
/ENTRY-29 NOV   SENT-16:09
PYFW  FED WIRE PAYMENT SEQ-NBR 20061129B6B7HU2R003976
IBK-WACHOVIA NY INTL NEW YORK, NEW YORK
BBK-FIRSTCARIBBEAN INTERNATIONAL BANK ( BAHAMAS) LIMITED,
TURKS AND CAICOS LEEWARD HIGHWAY PROVIDENCIALES,TC
BNF-AC-1291316 HALLMARK
ORG-

VALUE: NOV 29

300.00

PGUA007951061129
/REF-2006112900247529
/ENTRY-29 NOV   SENT-16:09
PYFW  FED WIRE PAYMENT SEQ-NBR 20061129B6B7HU3R004274
IBK-AMERIFIRST BANK, FSB NEW YORK CITY, NY
BBK-AMERIFIRST BANK, FSB NEW YORK CITY, NY
BNF-AC-1000495018 WAYNE BECKFORD AND MONIQUE MONIQUE HARRISO
ORG-CAPITAL AND CREDIT SECURITES LTD. KINGSTON, 10 JAMAICA

5 ITEMS

2007
:11 PM

—————— International FT (100) ——————

.TUS:                    PndAppr-1

& ID:                    PGUA

.T ID:                   1

NTROL #:                 0704000001

MMS SEQ #:

ETITIVE NAME:

SSAGE SOURCE:            KeyUnr

'ORT USER:

TRY USER:                JACOLE           2/9/2007       13:18:47.00

'ROVAL INVOLVEMENT:

  TE USER:

NSMIT USER:

ary User Defined Field:

t Account / Currency                 Release Date:   2/9/2007
.45047S / USD                        Value Date:     2/9/2007

ITAL AND CREDIT SECURITES LTD.       S. Ref / Ind ID:
RAFALGAR ROAD
GSTON, 10 JAMAICA

                                     Currency        USD   US-Dollar
unt      4,000.00                    Beneficiary
inator                               DD   191316
ITAL AND CREDIT SECURITES LTD.       HALLMARK TRUST LIMITED
RAFALGAR ROAD
GSTON, 10 JAMAICA

      CIBTCG                         Intermediary Bank
T CARIBBEAN INTERNATIONAL BANK       FW 026005092
VIDENCIALES TURKS AND CAICOS         WACHOVIA, NEW YORK
NDS

ficiary Info.                        Receiver Info
       ACCOUNT OF REX DOWE ACCOUNT
  1071061
inator's Bank

ges To:                              CBR Info
ment:                                Cover At
mer Debit:
mer Rater

CAPITAL & CREDIT SECURITES LIMITED

AUTHORISED SIGNATURE

AUTHORISED SIGNATURE



THE BANK OF NOVA SCOTIA
JAMAICA LIMITED
LIGUANEA BRANCH

DATE August 13, 2007

TO THE ORDER OF USIMO International  $ 1000.00

US DOLLARS

SUM OF USD ... 100000

JPMorgan Chase Bank
270 Park Avenue
New York, NY 10017

AUTH. NO. 1408
AUTH. NO. 7003

THE BANK OF NOVA SCOTIA JAMAICA LIMITED

AUTHORIZED OFFICER

AUTHORIZED OFFICER

90365

⑈12015069⑈ ⑉021000021⑉00105915⑉

---

**nk of America** Cashier's Check No. 5730457

The Purchaser. In the event this check is lost, misplaced or stolen, a sworn statement (notarized) and a 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

Date SEPTEMBER 05, 2007    34-1/1140 NTX

Banking Center FOUNTAINS OF MIRAMAR

0109604  00005  005730457

DON DOWE
Remitter (Purchased By)

$ **99000.00**

Pay **NINETY NINE THOUSAND DOLLARS AND 00 CENTS**

To
The
Order
Of
**USIMO INTERNATIONAL**
****

Authorized Signature

nk of America, N.A.
n Antonio, Texas

VOID AFTER 90 DAYS

⑈5730457⑈ ⑉114000019⑉ 00164100206 2⑈

---

THE ORIGINAL DOCUMENT HAS REFLECTIVE WATERMARK ON THE BACK       THE ORIGINAL DOCUMENT HAS REFLECTIVE WATERMARK ON THE BACK

GOVERNMENT OF JAMAICA
DRIVER'S LICENCE

PRIVATE  103042113

2005-05-24  021 ST. ANDREW

2009-06-25  1971-06-25  M

DOWE
REX-XAVIER
17 KIRKLAND CLOSE
RED HILLS
KINGSTON 19

AC 11015218

RECEIVED
06 SEP 2007

Sean McDaniel

11011061

**nk of America** 〉 Cashier's Check No. **5730476**

to Purchaser. If the cashiers check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This should be negotiated within 90 days.

Date SEPTEMBER 17 2007 39-1/1140 NTX

Banking Center FOUNTAINS OF MIRAMAR

0109604 00005 0057304376 Remitter (Purchased By) DON DOWE

$ **50000 00**

Pay **FIFTY THOUSAND DOLLARS AND 00 CENTS**

To The Order Of **USIMO INTERNATIONAL**

Authorized Signature

nk of America, N.A.
Antonio, Texas VOID AFTER 90 DAYS

⑆5730476⑆ ⑈114000019⑇ 00164100206 2⑆

THE ORIGINAL DOCUMENT HAS REFLECTIVE WATERMARK ON THE BACK    THE ORIGINAL DOCUMENT HAS REFLECTIVE WATERMARK ON THE BACK

**SUNTRUST** Official Check 64-79/611 0731120346

rchaser Don Dowe Date Sep. 17,2007 134099 6074430 Initials (type) Center

AY **$50,000.00**

$**50,000.00**

the der **USIMO International**

SunTrust Banks, Inc. by its Authorized Agent
SunTrust Bank

yable at SunTrust Bank Authorized Signature

⑆0731120346⑆ ⑈0611007901⑇ 70190149996⑆

By J. Cason

GOVERNMENT OF JAMAICA
DRIVER'S LICENCE

PRIVATE 103042113

2005-03-24 021 ST. ANDREW

2009-06-25 1971-06-25 M

DOWE
REX XAVIER

12 KIRKLAND CLOSE
RED HILLS
KINGSTON 19

nk of America

**Cashier's Check**

Date OCTOBER 10, 2007

30-1/1140
NTX

anking
Center

FOUNTAINS OF MIRAMAR

0109604 00003 005898760

DON DOWE
Remiter (Purchased By)

$ **25000.00**

Pay

**TWENTY FIVE THOUSAND DOLLARS AND 00 CENTS**

to
The
Order
Of

**USIMO INTERNATIONAL**
****

Authorized Signature

of America, N.A.
Antonio, Texas

VOID AFTER 90 DAYS

⑈5898760⑈ ⑆114000019⑆ 00164100206 2⑈

THE ORIGINAL DOCUMENT HAS REFLECTIVE WATERMARK ON THE BACK          THE ORIGINAL DOCUMENT HAS REFLECTIVE WATERMARK ON THE BACK

---

**SunTrust**          **Official Check**          0731120913

64-79/611

urchaser   Don Dowe

Date   Oct. 9, 2007

134099  6074430
Initials (type)   Center

AY          ****$100,000.00****

$100,000.00*

to the
Order
of

***USIMO INTERNATIONAL***

SunTrust Banks, Inc. by its Authorized Agent
SunTrust Bank

Authorized Signature

ayable at SunTrust Bank

⑈0731120913⑈ ⑆061100790⑆ 70190199 6⑈



**nk of America**   Cashier's Check   No. 5898761

Due to Purchaser: In the event this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

Date   OCTOBER 10, 2007   30-1/1140 NTX

Banking Center   FOUNTAINS OF KIRAMAR

0109604   00003   005898761

DON DOWE
Remitter (Purchased By)

$   **125000.00**

**ONE HUNDRED TWENTY FIVE THOUSAND DOLLARS AND 00 CENTS**

Pay
to
The
Order
Of

**USINO INTERNATIONAL**
****

Authorized Signature

nk of America, N.A.
Antonio, Texas

VOID AFTER 90 DAYS

⑈5898761⑈ ⑆114000019⑆ 00164100206 2⑈

THE ORIGINAL DOCUMENT HAS REFLECTIVE WATERMARK ON THE BACK    THE ORIGINAL DOCUMENT HAS REFLECTIVE WATERMARK ON THE BACK

---

**nk of America**   Cashier's Check   No. 5898762

Due to Purchaser: In the event this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

Date   OCTOBER 11, 2007   30-1/1140 NTX

Banking Center   FOUNTAINS OF KIRAMAR

0109604   00003   005898762

DON DOWE
Remitter (Purchased By)

$   **40000.00**

**FORTY THOUSAND DOLLARS AND 00 CENTS**

Pay
To
The
Order
Of

**USINO INTERNATIONAL**
****

Authorized Signature

nk of America, N.A.
n Antonio, Texas

VOID AFTER 90 DAYS

⑈5898762⑈ ⑆114080019⑆ 00164100206 2⑈

THE ORIGINAL DOCUMENT HAS REFLECTIVE WATERMARK ON THE BACK    THE ORIGINAL DOCUMENT HAS REFLECTIVE WATERMARK ON THE BACK

RECEIVED
12 OCT 2007

GOVERNMENT OF JAMAICA
DRIVER'S LICENCE
PRIVATE   103042113
2005-08-25   021 ST. ANDREW
2009-08-25   1971-06-25   M
DOWE
REX-XAVIER
12 KIRKLAND CLOSE
RED HILLS
KINGSTON 19



**nk of America** 　　　　　Cashier's Check 　　　　　No. 5898882

to Purchaser: In the event this check is lost, misplaced or stolen, a sworn
and 90 day waiting period will be required prior to replacement. This
should be negotiated within 90 days.

Date　　NOVEMBER 19, 2007　　　　30-1/1140
　　　　　　　　　　　　　　　　　　　　　　　　NTX

anking
enter 　　FOUNTAINS OF MIRAMAR

0109604　00003　005898882　　　　　DON DOWE
　　　　　　　　　　　　　　　Remitter (Purchased By)

　　　　　　　　　　　　　　　　　　　　　　　　　$　**250000.00**

Pay　**TWO HUNDRED FIFTY THOUSAND DOLLARS AND 00 CENTS**

to
The
Order 　**USINO INTERNATIONAL**
　　**

of America, N.A.　　VOID AFTER 90 DAYS　　　　Authorized Signature
ntonio, Texas

⑈589888 2⑈　⑆114000019⑆　00164100206 2⑈

HE ORIGINAL DOCUMENT HAS REFLECTIVE WATERMARK ON THE BACK　　THE ORIGINAL DOCUMENT HAS REFLECTIVE WATERMARK ON THE BACK

GOVERNMENT OF JAMAICA
DRIVER'S LICENCE

NO.　103042113
021 ST. ANDREW
2005-03-24
2009-06-25　1971-06-25　M
DOWE
REX XAVIER
12 KIRKLAND CLOSE
RED HILLS
KINGSTON 19

RECEIVED
2 2 NOV 2007



## SUNTRUST

**Official Check**

64-79/611

8436258639

Purchaser    Rapid Diagnostics
             Laboratory LLC                          Date              134257  0766
                                                              Dec. 14, 2007    Initials (type)    Center

PAY          *****$100,000.00*****                              $      *100,000.00*

to the       USIMD International
order
of
                                                         SunTrust Banks, Inc. by its Authorized Agent
Payable at SunTrust Bank                                 SunTrust Bank

                                                         _Authorized Signature_

⑈8436258639⑈ ⑆061100790⑆ 70190199996⑈





RECEIVED
17 DEC 2007

## *Returned checks payable to USIMO :*

| | | | |
|---|---|---|---|
| 9/9/07 | Check payable to USIMO | $99,000.00 | Jamaica |
| 9/21/07 | Check payable to USIMO | $50,000.00 | Jamaica |
| 9/21/07 | Check payable to USIMO | $50,000.00 | Jamaica |
| 10/15/07 | Check payable to USIMO | $100,000.00 | Jamaica |
| 10/15/07 | Check payable to USIMO | $125,000.00 | Jamaica |
| 10/15/07 | Check payable to USIMO | $40,000.00 | Jamaica |
| 10/19/07 | Check payable to USIMO | $25,000.00 | Jamaica |
| 11/25/07 | Check payable to USIMO | $250,000.00 | Cayman |
| 12/20/07 | Check payable to USIMO | $100,000.00 | Cayman |

**Total deposits with returned checks payable to USIMO**       **$839,000.00**

*Please note that the last two checks were deposited in Cayman*



one team, one goal ... SUCCESS

c/o 876-9784352, Fax: 876-927-9175

PRIVATE CLUB MEMBER STATEMENT

| | |
|---|---|
| Holder(s): | REX DOWE |
| Account Number: | 11011061 |
| Reporting Period: | May 2008 |
| Plan: | B |

| | |
|---|---|
| Margins Brought Forward | US$1,747,290.24 |
| Additional Margin On | |
| **Total Contributions** | US$1,747,290.24 |
| Less Current Encashments | |
| Total Encashments | US$0.00 |
| Current Adjustments | US$0.00 |
| Total Adjustments | US$0.00 |
| Plus Current Gains | US$95,052.59 |
| Total Gains | US$95,052.59 |
| ercentage for period of May 2008 | 5.44% |
| Current Position as of May 2008 | US$1,842,342.83 |

ll monetary figures on this statement are presented in US dollars
ny questions, please do not hesitate to contact us.



**OLINTTCI**

one team, one goal ... SUCCESS

c/o 876-9784352, Fax: 876-927-9175

| | |
|---|---|
| Account #: | 11011061 |
| Reporting Period: | Dec. 01, 2005 – Jul. 14, 2008 |

### Summary

| | |
|---|---|
| Opening Balance: | US$0.00 |
| Total Margins: | US$1,902,342.83 |
| Total Encashments: | -US$60,000.00 |
| Total Gains: | US$0.00 |
| Closing Balance: | US$1,842,342.83 |

| Transaction # | Date | Time | Description | Amount | Running Balance |
|---|---|---|---|---|---|
| 24888496 | Jul. 30, 2006 | 8:00 PM | Gains On Account | US$0.00 | US$0.00 |
| 24892336 | Aug. 30, 2006 | 8:00 PM | Gains On Account | US$0.00 | US$0.00 |
| 1150346 | Sep. 04, 2006 | 8:00 PM | Customer Deposits | US$.01 | US$.01 |
| 9043528 | Sep. 16, 2006 | 8:00 PM | Customer Deposits | US$3,985.00 | US$3,985.01 |
| 24897000 | Sep. 29, 2006 | 8:00 PM | Gains On Account | US$190.06 | US$4,175.07 |
| 24902427 | Oct. 30, 2006 | 8:00 PM | Gains On Account | US$461.35 | US$4,636.41 |
| 24908117 | Nov. 29, 2006 | 7:00 PM | Gains On Account | US$527.16 | US$5,163.57 |
| 19054988 | Dec. 02, 2006 | 9:58 AM | Customer Deposits | US$4,495.00 | US$9,658.57 |
| 24913926 | Dec. 30, 2006 | 7:00 PM | Gains On Account | US$416.69 | US$10,075.27 |
| 24919951 | Jan. 30, 2007 | 7:00 PM | Gains On Account | US$1,494.16 | US$11,569.43 |
| 23244197 | Feb. 15, 2007 | 7:22 AM | Customer Deposits | US$3,995.00 | US$15,564.43 |
| 24926198 | Feb. 27, 2007 | 7:00 PM | Gains On Account | US$1,188.46 | US$16,752.89 |
| 24932663 | Mar. 30, 2007 | 8:00 PM | Gains On Account | US$1,692.04 | US$18,444.94 |
| 24939344 | Apr. 29, 2007 | 8:00 PM | Gains On Account | US$2,187.57 | US$20,632.51 |
| 24946118 | May. 30, 2007 | 8:00 PM | Gains On Account | US$2,626.52 | US$23,259.02 |
| 24953181 | Jun. 29, 2007 | 8:00 PM | Gains On Account | US$2,079.36 | US$25,338.38 |
| 23974827 | Jul. 27, 2007 | 9:33 AM | Customer Deposits | US$44,000.00 | US$69,338.38 |
| 24960618 | Jul. 30, 2007 | 8:00 PM | Gains On Account | US$3,908.44 | US$73,246.82 |
| 24968343 | Aug. 30, 2007 | 8:00 PM | Gains On Account | US$8,115.75 | US$81,362.56 |
| 24006251 | Sep. 10, 2007 | 1:24 PM | Customer Encashments | -US$5,000.00 | US$76,362.56 |
| 24976359 | Sep. 29, 2007 | 8:00 PM | Gains On Account | US$10,309.00 | US$86,671.57 |
| 24020253 | Oct. 11, 2007 | 8:50 AM | Customer Deposits | US$3,000.00 | US$89,671.57 |
| 24023045 | Oct. 17, 2007 | 1:02 PM | Customer Encashments | -US$5,000.00 | US$84,671.57 |
| 24984703 | Oct. 30, 2007 | 8:00 PM | Gains On Account | US$9,284.21 | US$93,955.78 |
| 24993331 | Nov. 29, 2007 | 7:00 PM | Gains On Account | US$6,774.21 | US$100,729.99 |
| 24069439 | Dec. 03, 2007 | 7:00 PM | Internal Transfer | US$700,000.00 | US$800,729.99 |

| Transaction Id | Date | Time | Description | Sum | Running Balance |
|---|---|---|---|---|---|
| 24072321 | Dec. 18, 2007 | 9:00 AM | Customer Encashments | -US$10,000.00 | US$790,729.99 |
| 24071261 | Dec. 20, 2007 | 11:43 AM | Customer Deposits | US$100,000.00 | US$890,729.99 |
| 25002057 | Dec. 30, 2007 | 7:00 PM | Gains On Account | US$83,162.49 | US$973,892.47 |
| 24107449 | Jan. 06, 2008 | 7:00 PM | Internal Transfer | US$125,000.00 | US$1,098,892.47 |
| 25010924 | Jan. 30, 2008 | 7:00 PM | Gains On Account | US$155,508.93 | US$1,254,401.41 |
| 24123462 | Feb. 18, 2008 | 6:27 AM | Customer Encashments | US$20,000.00 | US$1,234,401.41 |
| 24123667 | Feb. 20, 2008 | 8:18 AM | Customer Encashments | -US$20,000.00 | US$1,214,401.41 |
| 25019895 | Feb. 28, 2008 | 7:00 PM | Gains On Account | US$122,187.98 | US$1,336,589.39 |
| 24601608 | Mar. 26, 2008 | 8:36 PM | Internal Transfer | US$23,000.00 | US$1,359,589.39 |
| 25028918 | Mar. 30, 2008 | 8:00 PM | Gains On Account | US$271,410.56 | US$1,630,999.95 |
| 25037985 | Apr. 29, 2008 | 8:00 PM | Gains On Account | US$116,290.30 | US$1,747,290.24 |
| 25047080 | May 30, 2008 | 8:00 PM | Gains On Account | US$95,052.59 | US$1,842,342.83 |



one team, one goal ... SUCCESS

c/o 876-9784352, Fax: 876-927-9175

## PRIVATE CLUB MEMBER STATEMENT

| | | |
|---|---|---|
| Holder(s): | REX DOWE | |
| Account Number: | 11015218 | |
| Reporting Period: | May 2008 | |
| Plan: | A | |

| | |
|---|---|
| Margins Brought Forward | US$223,378.87 |
| Additional Margin On | |
| **Total Contributions** | **US$223,378.87** |
| Less Current Encashments | |
| Total Encashments | US$0.00 |
| Current Adjustments | US$0.00 |
| Total Adjustments | US$0.00 |
| Plus Current Gains | US$12,151.81 |
| Total Gains | US$12,151.81 |
| Percentage for period of May 2008 | 5.44% |
| Current Position as of May 2008 | US$235,530.68 |

All monetary figures on this statement are presented in US dollars
any questions, please do not hesitate to contact us.



one team, one goal ... SUCCESS

c/o 876-9784352, Fax: 876-927-9175

| | |
|---|---|
| Account #: | 11015218 |
| Reporting Period: | Dec. 01, 2005 – Jul. 14, 2008 |

### Summary

| | |
|---|---|
| Opening Balance: | US$0.00 |
| Total Margins: | US$938,030.70 |
| Total Encashments: | –US$702,500.02 |
| Total Gains: | US$0.00 |
| Closing Balance: | US$235,530.68 |

| Transaction # | Date | Time | Description | Amount | Running Balance |
|---|---|---|---|---|---|
| 24004586 | Sep. 09, 2007 | 11:39 AM | Customer Deposits | US$1,000.00 | US$1,000.00 |
| 24004587 | Sep. 09, 2007 | 11:40 AM | Customer Deposits | US$99,000.00 | US$100,000.00 |
| 24007389 | Sep. 21, 2007 | 8:26 AM | Customer Deposits | US$50,000.00 | US$150,000.00 |
| 24007390 | Sep. 21, 2007 | 8:27 AM | Customer Deposits | US$50,000.00 | US$200,000.00 |
| 24974912 | Sep. 29, 2007 | 8:00 PM | Gains On Account | US$14,122.67 | US$214,122.67 |
| 24021669 | Oct. 15, 2007 | 9:40 AM | Customer Deposits | US$100,000.00 | US$314,122.67 |
| 24021670 | Oct. 15, 2007 | 9:41 AM | Customer Deposits | US$125,000.00 | US$439,122.67 |
| 24021671 | Oct. 15, 2007 | 10:01 AM | Customer Deposits | US$40,000.00 | US$479,122.67 |
| 24021838 | Oct. 19, 2007 | 9:27 AM | Customer Deposits | US$25,000.00 | US$504,122.67 |
| 24983256 | Oct. 30, 2007 | 8:00 PM | Gains On Account | US$39,804.37 | US$543,927.04 |
| 24048047 | Nov. 25, 2007 | 10:44 AM | Customer Deposits | US$250,000.00 | US$793,927.04 |
| 24991745 | Nov. 29, 2007 | 7:00 PM | Gains On Account | US$42,822.14 | US$836,749.18 |
| 24760116 | Dec. 01, 2007 | 6:34 AM | Customer Encashments | –US$833.34 | US$835,915.84 |
| 24069439 | Dec. 03, 2007 | 7:00 PM | Internal Transfer | –US$700,000.00 | US$135,915.84 |
| 25000399 | Dec. 30, 2007 | 7:00 PM | Gains On Account | US$18,268.10 | US$154,183.94 |
| 24760117 | Jan. 01, 2008 | 6:34 AM | Customer Encashments | –US$833.34 | US$153,350.60 |
| 25009167 | Jan. 30, 2008 | 7:00 PM | Gains On Account | US$17,543.31 | US$170,893.91 |
| 24760118 | Feb. 01, 2008 | 6:34 AM | Customer Encashments | –US$833.34 | US$170,060.57 |
| 25018138 | Feb. 28, 2008 | 7:00 PM | Gains On Account | US$12,873.59 | US$182,934.16 |
| 25027161 | Mar. 30, 2008 | 8:00 PM | Gains On Account | US$29,342.64 | US$212,276.79 |
| 25036208 | Apr. 29, 2008 | 8:00 PM | Gains On Account | US$11,102.08 | US$223,378.87 |
| 25045288 | May. 30, 2008 | 8:00 PM | Gains On Account | US$12,151.81 | US$235,530.68 |



one team, one goal ... SUCCESS

c/o 876-9784352, Fax: 876-927-9175

## PRIVATE CLUB MEMBER STATEMENT

| | |
|---|---|
| Holder(s): | REX DOWE |
| Account Number: | 11015508 |
| Reporting Period: | May 2008 |
| Plan: | A |

| | |
|---|---|
| Margins Brought Forward | US$5,549.03 |
| Additional Margin On | |
| Total Contributions | US$5,549.03 |
| Less Current Encashments | |
| Total Encashments | US$0.00 |
| Current Adjustments | US$0.00 |
| Total Adjustments | US$0.00 |
| Plus Current Gains | US$301.87 |
| Total Gains | US$301.87 |
| ercentage for period of May 2008 | 5.44% |
| Current Position as of May 2008 | US$5,850.90 |

ll monetary figures on this statement are presented in US dollars
ny questions, please do not hesitate to contact us.



**OLINTTCI**

one team, one goal ... SUCCESS

c/o 876-9784352, Fax: 876-927-9175

| | |
|---|---|
| Account #: | 11015508 |
| Reporting Period: | May. 01, 2007 – Jul. 23, 2008 |

### Summary

| | |
|---|---|
| Opening Balance: | US$0.00 |
| Total Margins: | US$153,850.90 |
| Total Encashments: | -US$148,000.00 |
| Total Gains: | US$0.00 |
| Closing Balance: | US$5,850.90 |

| Transaction # | Date | Time | Description | Amount | Running Balance |
|---|---|---|---|---|---|
| 24020234 | Oct. 11, 2007 | 8:57 AM | Customer Deposits | US$50,000.00 | US$50,000.00 |
| 24982714 | Oct. 30, 2007 | 8:00 PM | Gains On Account | US$3,644.52 | US$53,644.52 |
| 24044664 | Nov. 11, 2007 | 10:58 AM | Customer Deposits | US$15,000.00 | US$68,644.52 |
| 24046032 | Nov. 16, 2007 | 9:18 AM | Customer Deposits | US$15,000.00 | US$83,644.52 |
| 24046446 | Nov. 17, 2007 | 8:31 AM | Customer Deposits | US$20,825.44 | US$104,469.96 |
| 24047824 | Nov. 24, 2007 | 12:03 PM | Customer Deposits | US$20,825.45 | US$125,295.41 |
| 24991203 | Nov. 29, 2007 | 7:00 PM | Gains On Account | US$6,180.58 | US$131,475.99 |
| 24999857 | Dec. 30, 2007 | 7:00 PM | Gains On Account | US$11,793.40 | US$143,269.38 |
| 24107449 | Jan. 06, 2008 | 7:00 PM | Internal Transfer | -US$125,000.00 | US$18,269.38 |
| 25008609 | Jan. 30, 2008 | 7:00 PM | Gains On Account | US$4,857.76 | US$23,127.14 |
| 25017494 | Feb. 28, 2008 | 7:00 PM | Gains On Account | US$1,750.72 | US$24,877.87 |
| 24601608 | Mar. 26, 2008 | 8:36 PM | Internal Transfer | -US$23,000.00 | US$1,877.87 |
| 25026490 | Mar. 30, 2008 | 8:00 PM | Gains On Account | US$3,395.38 | US$5,273.24 |
| 25035556 | Apr. 29, 2008 | 8:00 PM | Gains On Account | US$275.79 | US$5,549.03 |
| 25044616 | May. 30, 2008 | 8:00 PM | Gains On Account | US$301.87 | US$5,850.90 |

Amount:        $99,000.00          Sequence Number: 792073417
Account:       1641002062          Capture Date:     09/12/2007
Bank Number: 11400001              Check Number:    5730457



Electronic Endorsements:

| Date | Sequence | Bank # | BOFD | Bank Name |
|------|----------|--------|------|-----------|
| 09/12/2007 | 000792073417 | 111012822 | N | BANK OF AMERICA, NA |
| 09/12/2007 | 036003032967242 | 31200730 | N | WACHOVIA BANK, NA |

| Amount: | $50,000.00 | Sequence Number: | 1492373294 |
|---|---|---|---|
| Account: | 1641002062 | Capture Date: | 09/21/2007 |
| Bank Number: 11400001 | | Check Number: | 5730476 |

**Bank of America**  Cashier's Check  No. 5730476

Date SEPTEMBER 17, 2007

FOUNTAINS OF MIRAMAR
Banking Center
0103604 00005   005730476   DON DONE
Remitter (Purchased By)

Pay **FIFTI THOUSAND DOLLARS AND 00 CENTS**   $ **50000.00**

To The Order Of   **USINO INTERNATIONAL** ****

FIRSTCARIBBEAN INTERNATIONAL BANK (JAMAICA) LIMITED 9676

SEP 19 2007

NEW KINGSTON BRANCH
9676   KINGSTON, JAMAICA   Authorized Signature

Bank of America, N.A.
San Antonio, Texas   VOID AFTER 90 DAYS

⑈5730476⑈ ⑆114000019⑆ 001641002062⑈ 0005000000⑈

THE ORIGINAL DOCUMENT HAS REFLECTIVE WATERMARK ON THE BACK   THE ORIGINAL DOCUMENT HAS REFLECTIVE WATERMARK ON THE BACK

PAY TO THE ORDER OF
FIRST UNION NATIONAL BANK
067006432
FOR DEPOSIT ONLY
CIBC JAMAICA LTD.
REGULAR ACCOUNT.
2000191002362

01 19/09/07 0004 CARIBBEAN INT'L

USIMO INTERNATIONAL CORP

036002273(267)331-6763
WACHOVIA NAISVC036 4218T
PHILA, PA 07212007 12PK

3034605524

Electronic Endorsements:

| Date | Sequence | Bank # | BOFD | Bank Name |
|---|---|---|---|---|
| 09/21/2007 | 036003034605524 | 31200730 | N | WACHOVIA BANK, NA |
| 09/21/2007 | 001492373294 | 111012822 | N | BANK OF AMERICA, NA |

**SUNTRUST**

Official Check

84-78/611

0731120346

Purchaser   Don Dowe

PAY   ****$50,000.00

To the Order of   ***USIMO International***

Payable at SunTrust Bank

Date   Sep. 17, 2007

9676   134099 (type)   6074430 Center
Initials

$**50,000.00**

SunTrust Banks, Inc. by its Authorized Agent
SunTrust Bank

Authorized Signature

⑆073112034⑆ ⑈061⑈00790⑈ 70⑆90⑆9996⑈   ⑆000 5000000⑈

FIRSTCARIBBEAN
NATIONAL BANK
(JAMAICA) LIMITED

SEP 19 2007

NEW KINGSTON BRANCH
9676   KINGSTON, JAMAICA   J16

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

USIMO INTERNATIONAL CORP

PAY TO THE ORDER OF
FIRST UNION NATIONAL BANK
0670004355
FOR DEPOSIT ONLY
CIBC JAMAICA LTD.
REGULAR ACCOUNT
T900191002397

WACHOVIA N.A. 367331-6763
WACHOVIA N.A. 3NC936 4218T
PHILA, PA 09412N07 12PK

Q1 19/09/07 00450 F INTL

04-78/911

# SunTrust

**Official Check**

0731120913

Purchaser    Don Dowe

PAY    *****$100,000.00*****

To the
Order
of    *****USIMO INTERNATIONAL*****

Payable at SunTrust Bank

Date    Oct. 9, 2007

134099 - 6074430
Initials (type)    Center

$100,000.00*

SunTrust Banks, Inc. by its Authorized Agent
SunTrust Bank

Authorized Signature

⑆"073ii209i3"⑆ ⑈06i00790⑈ 70i90i999⑉⑈    ⑈"00i000000i"⑈

OCT 17 2007

NEW KINGSTON BRANCH
9676  KINGSTON, JAMAICA

FIRST CARIBBEAN 9676
INTERNATIONAL BANK
(JAMAICA) LIMITED
16

---

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

PAY TO THE ORDER OF
FIRST CARIBBEAN INTERNATIONAL BANK
20730 KINGSTON, JAMAICA
FOR DEPOSIT ONLY
CIBC JAMAICA LTD
REGULAR ACCOUNT
2004180257

AC#100 160 I851

USIMON INTERNATIONAL CORP

N0304902373410607321-610
WACHOVIA NA SVC#36 44121T
PHILA, PA 10192007 12PK

01 17/10/07 00345 FIRSTCARIBBEAN INTERNATIONAL CORP

| Amount: | $125,000.00 | Sequence Number: | 1392414435 |
|---|---|---|---|
| Account: | 1641002062 | Capture Date: | 10/19/2007 |
| Bank Number: | 11400001 | Check Number: | 5898761 |

**Bank of America**  Cashier's Check  No. 5898761

Date OCTOBER 10, 2007  30-1/1140 NTX

Banking Center FOUNTAINS OF MIRAMAR

0185604 00003 005898761

Reminter (Purchaser) DON DOVE 9676

Pay To The Order Of **USINO INTERNATIONAL** ****

**ONE HUNDRED THIRTY FIVE THOUSAND DOLLARS AND 00 C**

$ **125000.00**

Bank of America, N.A. San Antonio, Texas

VOID AFTER 90 DAYS

Authorized Signature

FIRSTCARIBBEAN INTERNATIONAL BANK (JAMAICA) LIMITED
OCT 17 2007
NEW KINGSTON BRANCH
KINGSTON, JAMAICA
9676

⑆5898761⑆ ⑆114000019⑆ 001641002062⑆ 0012500000

THE ORIGINAL DOCUMENT HAS REFLECTIVE WATERMARK ON THE BACK    THE ORIGINAL DOCUMENT HAS REFLECTIVE WATERMARK ON THE BACK

01 17/10/07 00347 FIRSTCARIBBEAN INTL

USINO INTERNATIONAL CORP

WACHOVIA NA SVC036 4412T
PHILA, PA 10192007  122K

173275574 9

Electronic Endorsements:

| Date | Sequence | Bank # | BOFD | Bank Name |
|---|---|---|---|---|
| 10/19/2007 | 001392414435 | 111012822 | N | BANK OF AMERICA, NA |
| 10/19/2007 | 036001732755749 | 31200730 | N | WACHOVIA BANK, NA |

Amount:        $40,000.00
Account:       1641002062
Bank Number: 11400001

Sequence Number: 1392414436
Capture Date:    10/19/2007
Check Number:    5898762



**Electronic Endorsements:**

| Date | Sequence | Bank # | BOFD | Bank Name |
|------|----------|--------|------|-----------|
| 10/19/2007 | 001392414436 | 111012822 | N | BANK OF AMERICA, NA |
| 10/19/2007 | 036001732755750 | 31200730 | N | WACHOVIA BANK, NA |

```
Amount:      $25,000.00           Sequence Number:  1392414434
Account:     1641002062           Capture Date:     10/19/2007
Bank Number: 11400001             Check Number:     5898760
```

**Bank of America**                    Cashier's Check                    No. 5898760

Date          OCTOBER 10, 2007          30-1/11400
                                                    NTX

Banking      FOUNTAINS OF MIRAMAR
Center
             0189604, 00003   005898760

                                    DON DOWE
                                Remitter (Purchased By)

Pay    **TWENTY FIVE THOUSAND DOLLARS AND 00 CENTS**        $   **25000.00**
To
The
Order    **FUSINO INTERNATIONAL**
Of       ****

Bank of America, N.A.        VOID AFTER 90 DAYS
San Antonio, Texas

⑈"5898760"⑈ ⑆114000019⑆ 00164100206 2"⑈          ⑈000 2500000⑈

FIRSTCARIBBEAN  9676
INTERNATIONAL BANK
(JAMAICA) LIMITED
16   OCT 1 7 2007
NEW KINGSTON BRANCH
9676 KINGSTON, JAMAICA

THE ORIGINAL DOCUMENT HAS REFLECTIVE WATERMARK ON THE BACK      THE ORIGINAL DOCUMENT HAS REFLECTIVE WATERMARK ON THE BACK

5898760

01 17/10/07 00346 FIRSTCARIBBEAN INTL

USIMOBEAN

FIRSTCARIBBEAN INTERNATIONAL CORP

173275 5748

**Electronic Endorsements:**

| Date       | Sequence       | Bank #    | BOFD | Bank Name         |
|------------|----------------|-----------|------|-------------------|
| 10/19/2007 | 001392414434   | 111012822 | N    | BANK OF AMERICA, NA |
| 10/19/2007 | 036001732755748| 31200730  | N    | WACHOVIA BANK, NA  |

| Amount: | $250,000.00 | Sequence Number: | 1492313846 |
|---|---|---|---|
| Account: | 1641002062 | Capture Date: | 11/29/2007 |
| Bank Number: | 11400001 | Check Number: | 5898882 |

**Bank of America** — Cashier's Check — No. 5898882

Notice to Purchaser - In the event this check is lost, misplaced or stolen, a claim statement and 90 day waiting period will be required prior to replacement. This check should be registered within 90 days.

Date   NOVEMBER 19, 2007   30-1/1140 NTX

Banking Center

0109604 00003 005898882   DON DOWN   Remitter (Purchased By)

Pay   **TWO HUNDRED FIFTY THOUSAND DOLLARS AND 00 CENTS**   $   **250000.00**

To The Order Of   **TUSIMO INTERNATIONAL**  ****

Bank of America, N.A.   San Antonio, Texas   VOID AFTER 90 DAYS   Authorized Signature

Electronic Endorsements:

| Date | Sequence | Bank # | BOFD | Bank Name |
|---|---|---|---|---|
| 11/29/2007 | 000001900145863 | 21000018 | Y | THE BANK OF NEW YORK |
| 11/29/2007 | 001492313846 | 111012822 | N | BANK OF AMERICA, NA |

SUNTRUST

Official Check

84-79/611

8436258639

Purchaser    Rapid Diagnostics
Laboratory LLC

Date    Dec. 04, 2007

13425/ 0/66
Center

PAY    *****$100,000.00*****

To the
Order
of    USIMO International

$ ***100,000.00*

SunTrust Banks, Inc. by its Authorized Agent
SunTrust Bank

Authorized Signature

Payable at SunTrust Bank

"8436258639" 1:061100790: 7019018996"

"8436258639" 1:061100791: 7019018996"

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

USIMO INTERNATIONAL CORP

CREDITED TO THE ACCOUNT OF
WITHIN NAMED PAYEE ABSENCE OF
ENDORSEMENT GUARANTEED