# EXHIBIT "C"

**Eichhorn, Cory W. (Assoc-FTL-LT)**

| | |
|---|---|
| **From:** | Robert Vaughan [rvaughan@wardkim.com] |
| **Sent:** | Wednesday, August 18, 2010 4:05 PM |
| **To:** | Eichhorn, Cory W. (Assoc-FTL-LT) |
| **Subject:** | Re: Dowe v USIMO Notice of Removal.DOC |

Cory;

I will be filing a Notice of Consent on behalf of the parties listed below as soon as you have a case number. Thank you.
Robert Vaughan
Robert Vaughan

---

**From:** eichhornc@gtlaw.com <eichhornc@gtlaw.com>
**To:** Robert Vaughan
**Sent:** Wed Aug 18 15:31:25 2010
**Subject:** RE: Dowe v USIMO Notice of Removal.DOC

Robert:

In order to file the notice of removal I need a representation that your clients consent to removal.  Please confirm that your clients Defendants MZ Holdings, Ltd., Cool Card, USIMO and Joseph Issa consent to removal. Thank you.

Cory W. Eichhorn
Greenberg Traurig
401 East Las Olas Boulevard, Suite 2000
Fort Lauderdale, Florida 33301
Telephone: (954) 768-8263
Facsimile: (954) 765-1477
eichhornc@gtlaw.com