# EXHIBIT "D"

Broward County Case Number: CACE09057623
Court Type: Civil Division - Circuit Court
Incident Date: N/A
Court Location: Central Courthouse
Magistrate ID / Name: N/A

State Reporting Number: 062009CA057623AXXXCE
Case Type: Other Civil (prior to 1/1/10)
Filing Date: 10/22/2009
Case Status: Pending
Judge ID / Name: 08 Ross, Dale

Style: Don Dowe Plaintiff vs. USIMO, et al Defendant

| Party(ies) | Disposition(s) | Event(s) |
|---|---|---|

Expand All   Collapse All

[-] Party Detail

| Party Type | Party Name | Address (Per AOSC07-49, only the addresses of counsel can be displayed.) | Attorneys / Address ★ Denotes Lead Attorney |
|---|---|---|---|
| Plaintiff | Dowe, Don | | ★ Rowe, David Patrick<br>Retained<br>David P Rowe Esq<br>110 East Broward Blvd<br>Suite 1700<br>Ft Lauderdale, FL 33301 |
| Defendant | Butterfield Bank | | |
| Defendant | Cool Card | | ★ Vaughan, Robert C L<br>Retained<br>Ward Kim Vaughan & Lerner LLP<br>One Financial Plaza<br>Ste 2001<br>Ft Lauderdale, FL 33394 |
| Defendant | Hallamark Bank & Tr Ltd | | |
| Defendant | I-Trade FX Llc | | |
| Defendant | Issa, Joseph | | ★ Vaughan, Robert C L<br>Retained<br>Ward Kim Vaughan & Lerner LLP<br>One Financial Plaza<br>Ste 2001<br>Ft Lauderdale, FL 33394 |
| Defendant | Market Traders Institute Inc | | |
| Defendant | Martinez, Isaac | | |
| Defendant | Martinez, Jared | | |
| Defendant | Mastercard Worldwide | | |
| Defendant | MZ Holdings Ltd | | ★ Vaughan, Robert C L<br>Retained<br>Ward Kim Vaughan & Lerner LLP<br>One Financial Plaza<br>Ste 2001<br>Ft Lauderdale, FL 33394 |
| Defendant | Overseas Locket Intl Corp | | |
| Defendant | Smith, David | | |
| Defendant | Turks<br>  Dismissed | | |
| Defendant | USIMO | | ★ Vaughan, Robert C L<br>Retained<br>Ward Kim Vaughan & Lerner LLP<br>One Financial Plaza<br>Ste 2001<br>Ft Lauderdale, FL 33394 |
| Defendant | Wachovia Bank | | |

[-] Disposition Detail

| Date | Disposition(s) |
|---|---|
| 07/23/2010 | **Notice of Voluntary Dismissal W/Out Prejudice**<br>Comment (PLTF'S NOTICE OF DEFENDANT TURKS AND CAICOS ISLANDS FSC ONLY) |

[-] Events, Hearings and Orders of the Court

| Date | Description | Additional Text |
|---|---|---|
| 07/27/2010 | Summons Issued Fee | Payor: Rowe, David Patrick ; UserId: CTS-aharris ; Receipt: 20101YE1G004410; Comments: CASH SIS-1 HB TO PS ; Amount: $10.00 |
| 07/27/2010 | Summons Issued | /hb to ps<br>Party: *Defendant* Butterfield Bank |

| Date | Event | Description |
|---|---|---|
| 07/01/2010 | Notice of Filing | Pltf Don Dowe Reqt For Admissions On Deft Usimo, Joseph Issa, MZ Holdings Limited, & Cool Card (Attach) <br> Party: *Plaintiff* Dowe, Don |
| 06/30/2010 | Notice of Filing | Pltf Don Dowe Reqt For Admissions (Attach) <br> Party: *Plaintiff* Dowe, Don |
| 04/22/2010 | Notice of Appearance | & Sub Of Counsel/Robert C.L. Vaughan PA <br> Party: *Defendant* USIMO |
| 04/22/2010 | Notice of Appearance | & Sub Of Counsel/Robert CL Vaughan PA <br> Party: *Defendant* Issa, Joseph *Defendant* MZ Holdings Ltd *Defendant* Cool Card |
| 04/14/2010 | Summons Issued Fee | Payor: cash ; Userid: CTS-dlewis ; Receipt: 20101YE1E002386; ; Amount: $10.00 |
| 04/14/2010 | Summons Issued | MZ holdings limited/hb to office assistant |
| 03/24/2010 | Notice of Filing | Aff Of Sanford Lightbourne (Attach) <br> Party: *Plaintiff* Dowe, Don |
| 03/24/2010 | Memorandum in Support | Of Deft Amended Mot To Dismiss <br> Party: *Plaintiff* Dowe, Don |
| 03/24/2010 | Amended Motion | TO DISMISS/ DEFT TURKS AND CAICOS FIN SERVICES COMMISSION |
| 03/16/2010 | Response | TO USIMO INTERNAT CORP JOSEPH ISSA MZ HOLDINGS LIMITED AND COLL CARD'S MOT TO DISMISS VERIFIED COMPLAINT AND MOT TO QUASH SERVICE OF PROCESS (EXH ATTCHD)/ DON |
| 03/09/2010 | Response | To Deft Turks & Cacois Fin Services Commission Mot To Dismiss <br> Party: *Plaintiff* Dowe, Don |
| 03/08/2010 | Motion to Dismiss | verified complaint and mot to quash service of process <br> Party: *Defendant* USIMO *Defendant* Issa, Joseph *Defendant* MZ Holdings Ltd *Defendant* Cool Card |
| 02/22/2010 | Order Granting Motion | verified mot of joseph b tompkins jr for admission to appear pro hac vice on behalf of df turks and caicos islands fsc |
| 02/22/2010 | Order | On The Verifed Mot Of Guy S Neal For Admission To Appear Pro Hac Vice Is Granted |
| 02/19/2010 | Pro Hac Vice | Payor: Richman Greer Professional ; Userid: CTS-nthomas ; Receipt: 20101YE1G001256; Comments: JOSEPH B TOMPKINS JR MOVANT ; Amount: $100.00 |
| 02/19/2010 | Verified Motion | of Joseph B Tompkins Jr for admission to appear pro hac vice pursuant to Fl rule of Judicial administration 2.510 |
| 02/19/2010 | Pro Hac Vice | Payor: Richman Greer Professional ; Userid: CTS-nthomas ; Receipt: 20101YE1G001255; Comments: GUY S NEAL MOVANT ; Amount: $100.00 |
| 02/19/2010 | Verified Motion | for Admission of Guy S Neal to appear pro hac vice pursuant to Fl rule of judicial administration 2.510 |
| 02/10/2010 | Memorandum in Support | Of Deft Mot To Dismiss <br> Party: *Plaintiff* Dowe, Don |
| 02/10/2010 | Motion to Dismiss | DEFT TURKS AND CAICOS FIN SERVICES COMMISSION |
| 02/02/2010 | Notice of Filing | Return of Service <br> Party: *Defendant* MZ Holdings Ltd |
| 02/02/2010 | Notice of Filing | Return of Service <br> Party: *Defendant* USIMO |
| 02/01/2010 | Notice of Filing | On USIMO The return Of Summons (Original Attach) <br> Party: *Plaintiff* Dowe, Don |
| 01/25/2010 | Notice of Appearance | /Robert C.L. Vaughan As Counsel Of Record <br> Party: *Defendant* Issa, Joseph |
| 01/25/2010 | Notice of Appearance | /Robert C.L. Vaughan As Counsel Of Record <br> Party: *Defendant* USIMO |
| 01/25/2010 | Notice of Appearance | /Robert C.L. Vaughan As Counsel On Behalf <br> Party: *Defendant* Cool Card |
| 01/25/2010 | Notice of Appearance | /Robert C.L. Vaughan As Counsel Of Record <br> Party: *Defendant* MZ Holdings Ltd |
| 12/29/2009 | Summons Issued Fee | Payor: Rowe, David Patrick ; Userid: CTS-lbynes ; Receipt: 20091YE1F009966; Comments: CASH ; Amount: $50.00 |
| 12/29/2009 | Summons Issued | Party: *Defendant* Turks |
| 12/29/2009 | Summons Issued | Party: *Defendant* Market Traders Institute Inc |
| 12/29/2009 | Summons Issued | Party: *Defendant* I-Trade FX Llc |
| 12/29/2009 | Summons Issued | Party: *Defendant* Martinez, Isaac |
| 12/29/2009 | Summons Issued | Party: *Defendant* Butterfield Bank |
| 10/22/2009 | Summons Issued Fee | Payor: Rowe, David Patrick ; Userid: CTS-aharris ; Receipt: 20091YE1G007791; Comments: CASH SIS-5 HB TO PS ; Amount: $50.00 |
| 10/22/2009 | Defendant Count > than 5 | Payor: Rowe, David Patrick ; Userid: CTS-aharris ; Receipt: 20091YE1G007791; Comments: CASH SIS-5 HB TO PS ; Amount: $25.00 |
| 10/22/2009 | Filing Fee | Payor: Rowe, David Patrick ; Userid: CTS-aharris ; Receipt: 20091YE1G007791; Comments: CASH SIS-5 HB TO PS ; Amount: $401.00 |
| 10/22/2009 | Complaint | |
| 10/22/2009 | Civil Cover Sheet | |

| 10/22/2009 | Civil Cover Sheet | |
|---|---|---|
| 10/22/2009 | Summons Issued | Party: *Defendant* USIMO *Defendant* Issa, Joseph *Defendant* Martinez, Jared *Defendant* Mastercard Worldwide *Defendant* Cool Card |

Perform Another Search

Clicking the button above, exits your paid search.