United States District Court

Southern District of Florida

CASE NO: 10-CV-61518-CMA


**DON DOWE**

      **Plaintiff,**

**vs.**


**DAVID SMITH**

**USIMO**

**JOSPEH ISSA**

**MZ HOLDINGS LIMITED**

**COOL CARD**


      **Defendants,**

_____/


## NOTICE OF FILING


      **NOTICE IS HEREBY** given of the return of criminal information against

**DAVID SMITH**, a Defendant in this action dated August 18, 2010 filed by the Clerk of

the United States District Court, Middle District of Florida under Case No: 6:10-CR-

232-ORL-35-DAB.

1

## <u>CERTIFICATE OF SERVICE</u>

I certify that on the following day of September 10, 2010 the foregoing document

was filed electronically with the Clerk of Courts and the following:

Cory Williams Eichhorn  eichhornc@gtlaw.com, burkettm@gtlaw.com,
FTLLitDock@gtlaw.com

Jesus E. Cuza cuzaj@gtlaw.com, depasqualem@gtlaw.com

Robert C. L. Vaughan rvaughan@wardkim.com, rbaggett@wardkim.com


_____

David P. Rowe Esq.
Florida Bar Number 373575
David P. Rowe Esq.
110 East Broward Blvd.
Suite 1700
Fort Lauderdale, Florida 33301
Tel. 305-731-019
Fax. 954-323-8628
Davidrowe28@gmail.com