UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:10 – CV-61518 CMA

DON DOWE,
    *Plaintiff*

vs.

USIMO, WACHOVIA BANK, *et. al.,*
    *Defendants.*
_____/

## DEFENDANTS MZ HOLDINGS, LTD., COOL CARD AND JOSEPH ISSA'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to the Court's Order Directing Parties to File Certificates of Interested Parties and Corporate Disclosure Statements, [D.E. 5], Defendants, MZ Holdings, Ltd. ("MZ"), Cool Card, and Joseph Issa, state as follows:

1. MZ is a limited-liability company formed under the laws of Jamaica.

2. MZ's parent corporation is Cool Corp. Ltd., which owns 10% or more of MZ stock.

3. Cool Card is a DBA for MZ and is not a separate or independent entity.

4. Cool Card has no subsidiaries, conglomerates, affiliates, parent corporations or public companies that own 10% or more of Cool Card stock.

5. Other than the named parties, MZ, Cool Card, and Joseph Issa are unaware of any persons, associated persons, firms, partnerships or corporations known to date that have a financial interest in the outcome of this case.

Dated this 17th day of September, 2010.

Respectfully submitted,

Ward Kim Vaughan & Lerner LLP
One Financial Plaza, Suite 2001
Fort Lauderdale, Florida  33394
(954) 527-1115  Telephone
(954) 527-1116  Facsimile
E-mail:  rvaughan@wardkim.com


By:____//s// Robert C.L. Vaughan_____
       Robert C. L. Vaughan, P.A.
       Florida Bar No. 0130095


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 17, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified below, via transmission of Notices of Electronic Filings generated by CM/ECF and/or by U.S. Mail.

Jesus E. Cuza, Esq.
Cory W. Eichhorn, Esq.
GREENBERG TRAURIG, P.A.
*Attorneys for Butterfield Bank*
401 East Las Olas Boulevard, Suite 2000
Fort Lauderdale, Florida  33301

David P. Rowe, Esq.
Law Offices of David P. Rowe
Attorney for Plaintiff, Don Dowe
110 East Broward Boulevard
Suite 1700
Fort Lauderdale, FL 33301

By:   //s// Robert C.L. Vaughan
       Robert C. L. Vaughan, P.A