UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-61518-CIV-ALTONAGA/GOODMAN

DON DOWE,

    Plaintiff,

vs.

USIMO, *et al.*,

    Defendants.

_____/

### ORDER OF RECUSAL AND ORDER OF REASSIGNMENT

THE UNDERSIGNED MAGISTRATE JUDGE, to whom the case has been assigned by the Clerk of Court, hereby recuses himself and refers the matter back to the Clerk of Court for random reassignment to another Miami Magistrate Judge pursuant to 28 U.S.C. §455(a), S.D. Fla. Local Rule 3.6, and Administrative Order 2010-99.

**DONE AND ORDERED** in Chambers at Miami, Florida, October 6, 2010.

*[signature]*

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

In accordance with the Local Rules for the Southern District of Florida, providing for the random and equal allotment of cases, this cause will be reassigned to the calendar of _Magistrate Judge Andrea M. Simonton_.

Copies of this order shall be served on all pending parties of record. All documents for filing in this case shall carry the following case number and designation: _10-61518-CIV/Altonaga/Simonton_.

BY ORDER OF COURT this _8th_ day of _October_, 2010, Miami, Florida.

STEVEN M. LARIMORE, CLERK

By: _____
Deputy Clerk


Copies to:
United States District Judge
Counsel of Record
Case Assignment Clerk